UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA SANTARPIA, et al.,

Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION,

Defendant(s).

Case No.: 2:20-cv-01283-GMN-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 21, 2020.

IT IS SO ORDERED.

Dated: September 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1